IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON A. MORRIS,

    Plaintiff,                       No. CIV S-10-1576 DAD P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.                ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1]  Plaintiff, however, has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will therefore be granted thirty days from the date of this order to pay the filing fee in full or to submit a properly completed application to proceed in forma pauperis.

        Plaintiff is cautioned that the application to proceed in forma pauperis includes a section that must be completed by a prison official and that the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

---

[1] On June 23, 2010, this case was transferred to this court from the United States District Court for the Northern District of California.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2      1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

    2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: October 5, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
morr1576.3a